UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.  2:S02-cr-72-FtM-29DNF

FRANKIE LEE SMITH

_____

**ORDER**

     This matter comes before the Court on the Motion For Reduction in Sentence (Doc. #261), filed by the United States on May 25, 2004, based upon defendant's substantial assistance.  On June 30, 2004, the Court entered an Order (Doc. #262) taking the motion under advisement pending resolution of defendants Petition under 28 U.S.C. § 2255.  That Petition has now been resolved.

     The Court finds that defendant's assistance does qualify as substantial assistance under Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3553(e), and therefore defendant qualifies for a reduction in sentence.  The Court will grant a two level reduction.  This results in a Total Offense Level of 32, a Criminal History Category of VI, and a range of imprisonment of 210-262 months.  The Court finds that a sentence of 214 months imprisonment is sufficient, but not greater than necessary, to comply with the purposes of sentencing as set forth in 18 U.S.C. § 3553(a) after considering

defendant's substantial assistance, the advisory recommendation of the Sentencing Guidelines, and all the factors identified at 18 U.S.C. § 3553(a)(1)-(7). All other components of the original sentence shall remain as originally imposed.

Accordingly, it is now

**ORDERED:**

1. The Motion For Reduction in (Doc. #261) is **GRANTED** as set forth above.

2. The Clerk of the Court shall enter an Amended Judgment reducing the sentence imposed to 214 months imprisonment, and otherwise leaving all other components of the sentence as originally imposed.

**DONE AND ORDERED** at Fort Myers, Florida, this __8th__ day of September, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Frankie Lee Smith
U.S. Probation
U.S. Marshal
DCCD

Jack Gaither
Regional Inmate System Administrator
Federal Bureau of Prisons
3800 Camp Creek Parkway, Bldg. 2000
Atlanta, GA 30331